UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Shawnese Y. Williams

Write the full name of each plaintiff or petitioner.

Case No. 1:25-CV-00437-JLS-MJR ___ CV___

-against-

Bflo & Erie County Public Library,
Jeannie Purtell, Kevin O'Neil & Rich Canazzi

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that Shawnese Williams
plaintiff or defendant    name of party who is making the motion

requests that the Court: Request extension due to my
attorney LeRoy Johnson at 181 Franklin st
Bflo. NY. 14202 had to have emergency
medical surgury

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil
Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

6/30/26
Dated

Signature

Shawnese Willinms
Name

Prison Identification # (if incarcerated)

95 Edison Ave Bflo. NY. 14215
Address                  City            State    Zip Code

716 413-1821
Telephone Number (if available)

yuettefoxxy@aol.com
E-mail Address (if available)

WDNY Rev: 01/2021

Rev. 02/2021

Attach additional pages and documents if necessary

6/30/26

Executed on (date)

Signature

Shawnese Williams

Name

Prison Identification # (if incarcerated)

95 EDISON AV

BFLO . NY. 14215

Address                          City              State          Zip Code

716 413-1824                                    YUettefoxxy@aol.

Telephone Number (if available)        E-mail Address (if available)

CON