**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**SHAWNESE Y. WILLIAMS,**

                    **Plaintiff,**

          **- vs -**

**BUFFALO & ERIE COUNTY PUBLIC LIBRARY,**
**JEANNINE PURTELL, KEVIN O'NEIL,**
**RICH CANAZZI,**

                    **Defendants.**

**NOTICE OF MEDIATOR**
**SELECTION**

**Civil Action No. 1:25-CV-00437**

---

The undersigned certifies that counsel for Defendants has conferred with pro se Plaintiff Shawnese Y. Williams regarding the selection of a mediator in this case.

The parties have mutually selected Amanda G. Williams, Esq. to serve as Mediator. Ms. Williams has been contacted and has agreed to serve in that capacity.

The parties are coordinating the scheduling of an initial mediation session that will be held at a date and time mutually agreeable to the parties.

Dated:    July 17, 2026

                              **BOND, SCHOENECK & KING, PLLC**

                              /s/Alison K. Roach, Esq.
                              Michael E. Hickey, Esq.
                              Alison K. Roach, Esq.
                              200 Delaware Avenue, Suite 900
                              Buffalo, New York 14202
                              Telephone: (716) 416-7000
                              E-mail:  mhickey@bsk.com
                                        aroach@bsk.com
                              *Attorneys for Defendants*