UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SHAWNESE Y. WILLIAMS,

Plaintiff,

v.

BUFFALO & ERIE COUNTY PUBLIC LIBRARY,
JEANNINE PURTELL, KEVIN O'NEIL,
RICH CANAZZI,

Defendants.

**STIPULATION**
**SELECTION OF MEDIATOR**

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Amanda G. Williams, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on **August 25, 2026 at 1:00 p.m.** .

IT IS FURTHER STIPULATED AND AGREED that the parties will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: August 11, 2026

/s/Shawnese Y. Williams
Pro Se

/s/Michael E. Hickey, Esq.
/s/Alison K. Roach, Esq.
Counsel for Defendant(s)